**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD STELLINI, Derivatively on Behalf of Himself and All Others Similarly Situated, | : Civil Action No. 1:12-cv-03678-SAS<br>:           ECF Case |
| Plaintiff, | |
| vs. | |
| WALTER P. HAVENSTEIN, A. THOMAS YOUNG, FRANCE A. CÓRDOVA, JERE A. DRUMMOND, THOMAS F. FRIST, JOHN J. HAMRE, MIRIAM E. JOHN, ANITA K. JONES, JOHN P. JUMPER, HARRY M.J. KRAEMER, JR., LAWRENCE C. NUSSDORF, EDWARD J. SANDERSON, JR., and LOUIS A. SIMPSON, | |
| Defendants, | |
| -and- | |
| SAIC, INC., | |
| Nominal Defendant. | |

| | | |
|---|---|---|
| CHET MALANOWSKI, Derivatively on Behalf of SAIC, INC., | : | Civil Action No. 1:12-CV-02128-DAB |
| Plaintiff, | : | ECF Case |
| vs. | : | |
| GERARD DENAULT, KENNETH C. DAHLBERG, and MARK W. SOPP, | : | |
| Defendants, | : | |
| – and – | : | |
| SAIC, INC., | : | |
| Nominal Party. | : | |

| | | |
|---|---|---|
| MONTE WELCH, Derivatively on Behalf of SAIC, INC., | : | Civil Action No. 1:12-CV-02437-JPO |
| Plaintiff, | : | ECF Case |
| vs. | : | |
| WALTER P. HAVENSTEIN, A. THOMAS YOUNG, FRANCE A. CÓRDOVA, JERE A. DRUMMOND, THOMAS F. FRIST, JOHN J. HAMRE, MIRIAM E. JOHN, ANITA K. JONES, JOHN P. JUMPER, HARRY M.J. KRAEMER, JR., LAWRENCE C. NUSSDORF, EDWARD J. SANDERSON, JR., LOUIS A SIMPSON, MARK W. SOPP, KENNETH C. DAHLBERG, CARL BELL, and GERARD DENAULT, | : | |
| Defendants, | : | |
| – and – | : | |
| SAIC, INC., | : | |
| Nominal Party. | : | |

| | |
|---|---|
| STEPHEN ROBACZYNSKI, Derivatively on Behalf Of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>WALTER P. HAVENSTEIN, A. THOMAS YOUNG, FRANCE A. CÓRDOVA, JERE A. DRUMMOND, THOMAS F. FRIST, JOHN J. HAMRE, MIRIAM E. JOHN, ANITA K. JONES, JOHN P. JUMPER, HARRY M.J. KRAEMER, JR., LAWRENCE C. NUSSDORF, EDWARD J. SANDERSON, JR., and LOUIS A SIMPSON,<br><br>      Defendants,<br><br> – and –<br><br>SAIC, INC.,<br><br>      Nominal Defendant. | Civil Action No. 1:12-CV-02772-JPO<br>ECF Case |
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Itself, and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>WALTER P. HAVENSTEIN, A. THOMAS YOUNG, FRANCE A. CÓRDOVA, JERE A. DRUMMOND, THOMAS F. FRIST, JOHN J. HAMRE, MIRIAM E. JOHN, ANITA K. JONES, JOHN P. JUMPER, HARRY M.J. KRAEMER, JR., LAWRENCE C. NUSSDORF, EDWARD J. SANDERSON, JR., and LOUIS A SIMPSON,<br><br>      Defendants,<br><br> – and –<br><br>SAIC, INC.,<br>      Nominal Defendant. | Civil Action No. 1:12-CV-03019-JPO<br>ECF Case |

**PLAINTIFFS MONTE WELCH AND EDWARD STELLINI'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS, APPOINT CO-LEAD PLAINTIFFS, CREATE AN EXECUTIVE COMMITTEE, AND APPOINT CO-CHAIRS OF THE EXECUTIVE COMMITTEE**

PLEASE TAKE NOTICE that Plaintiffs Monte Welch ("Welch") and Edward Stellini ("Stellini") hereby move this Court before the Honorable J. Paul Oetken, in Courtroom 15D of the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be specified by the Court, for an order: (i) consolidating the above-captioned shareholder derivative actions (the "Actions") and any subsequently filed actions that involve questions of law or fact substantially similar to those contained in the pending Actions; (ii) appointing plaintiffs Welch and Stellini as Co-Lead Plaintiffs; (iii) appointing The Weiser Law Firm, P.C. (the "Weiser Firm") and Glancy Binkow & Goldberg LLP ("Glancy Binkow") as Co-Chairs of the "Executive Committee;" and (iv) appointing Murray Frank LLP ("Murray Frank") and Block & Leviton LLP ("Block Leviton") as members of the Executive Committee (the "Motion").

The grounds in support of this Motion are set forth fully in the Plaintiffs' supporting Memorandum of Law, the Declaration of Ex Kano S. Sams II, with attached exhibits, and on such other documents and materials as may be presented at hearing.

Dated: May 15, 2012

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Elizabeth M. Gonsiorowski*
ELIZABETH M. GONSIOROWSKI
30 Broad St., Suite 1401
New York, NY 10004
Telephone: (212) 382-2221
Facsimile: (212) 382-3944
Email: egonsiorowski@glancylaw.com

-and-

1

2

LIONEL Z. GLANCY
MICHAEL M. GOLDBERG
EX KANO S. SAMS II
ROBERT V. PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
DAVID M. PROMISLOFF
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8062
Email: rw@weiserlawfirm.com

[Proposed] Co-Chairs of the Executive
Committee for Plaintiff

## PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO SOUTHERN DISTRICT OF NEW YORK
## ECF AND LOCAL RULES AND BY MAIL
## ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On May 15, 2012, I caused to be served the following document:

**PLAINTIFFS MONTE WELCH AND EDWARD STELLINI'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS, APPOINT CO-LEAD PLAINTIFFS, CREATE AN EXECUTIVE COMMITTEE, AND APPOINT CO-CHAIRS OF THE EXECUTIVE COMMITTEE**

By posting such document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's Service List.

And by **U.S. Mail** to all known non-ECF registered parties: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2012, at Los Angeles, California.

*s/ Elizabeth M. Gonsiorowski*
Elizabeth M. Gonsiorowski

## Mailing Information for a Case 1:12-cv-02437-JPO

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey J. Ciarlanto**
  jjc@weiserlawfirm.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,dmacdiarmid@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.co

- **Elizabeth Mary Gonsiorowski**
  egonsiorowski@glancylaw.com,info@glancylaw.com

- **Robert V. Prongay**
  rprongay@glancylaw.com

- **Ex Kanos S Sams , II**
  esams@glancylaw.com

- **Brett D Stecker**
  bds@weiserlawfirm.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Robert Weiser
The Weisler Law Firm
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087
```

**SERVICE LIST VIA U.S. MAIL**

Gabriel Herrmann
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
GHerrmann@gibsondunn.com

Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
JMendro@gibsondunn.com

Kristopher P. Diulio
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

*For Defendant SAIC, Inc.*

Neil Eggleston
Robert Gilmore
Beth Williams
Kirkland & Ellis LLP
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
neil.eggleston@kirkland.com
robert.gilmore@kirkland.com
beth.williams@kirkland.com

*For Defendants Walter P. Havenstein, A. Thomas Young, France A. Córdova, Jere A. Drummond, Thomas F. Frist, John J. Hamre, Miriam E. John, Anita K. Jones, John P. Jumper, Harry M.j. Kraemer, Jr., Lawrence C. Nussdorf, Edward J. Sanderson, Jr., and Louis A. Simpson*