USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 8 2012

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SAIC, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 1:12-cv-02437-JPO |

## JOINT SCHEDULING STIPULATION

IT IS HEREBY STIPULATED, subject to approval by this Court, by and between undersigned counsel for Co-Lead Plaintiffs Monte Welch and Edward Stellini (collectively, "Plaintiffs") and Defendants Walter P. Havenstein, A. Thomas Young, France A. Cordova, Jere A. Drummond, Thomas F. Frist, John J. Hamre, Miriam E. John, Anita K. Jones, John P. Jumper, Harry M.J. Kraemer, Jr., Lawrence C. Nussdorf, Edward J. Sanderson, Jr., Louis A. Simpson, and Nominal Defendant SAIC, Inc. (collectively, the "Defendants"), as follows:

1. Plaintiffs shall file a Consolidated Complaint no later than September 10, 2012;

2. Defendants shall file responses within 45 days of the filing of the Consolidated Complaint;

3. Plaintiffs in the consolidated actions shall file their opposition to any motion(s) to dismiss within 45 days thereafter; and

4. Defendants shall file any reply/ies in support of any motion(s) to dismiss within 30 days thereafter.

Dated: August 8, 2012                     **GLANCY BINKOW & GOLDBERG LLP**

*/s/ Elizabeth*
ELIZABETH M. GONSIOROWSKI
30 Broad St., Suite 1401
New York, NY 10004
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

-and-

LIONEL Z. GLANCY
MICHAEL M. GOLDBERG
EX KANO S. SAMS II
ROBERT V. PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
DAVID M. PROMISLOFF
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

Co-Chairs of the Executive Committee for Plaintiff

Dated: August 8, 2012                     **KIRKLAND & ELLIS LLP**

*/s/ Beth Williams*
MARK FILIP
W. NEIL EGGLESTON
BETH A. WILLIAMS
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

                                        Counsel for defendants Walter P. Havenstein, A. Thomas Young, France A. Cordova, Jere A. Drummond, Thomas F. Frist, John J. Hamre, Miriam E. John, Anita K. Jones, John P. Jumper, Harry M.J. Kraemer, Jr., Lawrence C. Nussdorf, Edward J. Sanderson, Jr., and Louis A. Simpson

Dated: August 2, 2012              **GIBSON, DUNN & CRUTCHER LLP**

                                        GABRIEL HERRMANN
                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: (212) 351-3974
                                        Facsimile: (212) 351-6251

                                        ANDREW S. TULUMELLO
                                        JASON J. MENDRO
                                        1050 Connecticut Avenue, N.W.
                                        Washington, D.C. 20036-5306
                                        Telephone: (202) 877-3726
                                        Facsimile: (202) 530-9626

                                        Counsel for SAIC, Inc.

**SO ORDERED:**

_____
U.S.D.J.

8-8-12